

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2016

No. 04-16-00470-CV

**IN RE** Jim **WEYNAND**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Jason Pulliam, Justice

On July 27, 2016, relator filed a petition for writ of mandamus and an emergency motion for temporary relief. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition for writ of mandamus in this court no later than August 17, 2016.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for emergency relief is GRANTED. The trial court's Order Modifying Writ of Garnishment signed July 22, 2016 is stayed pending final resolution of the petition filed in this court.

It is so **ORDERED** on August 2, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2016CI11958, styled *Jim Weynand v. Frost Bank; Ritchie Bros. Auctioneers (America) Inc., the Struthoff Company, Inc.; Bartlett Cocke; Bexar County; Bob Moore Construction, Inc.; Cadence McShane Constructions Co., LLC; Capco Steel, Inc.; Dysart, LLC; Embrey Partners; Emerson Construction; Fetzer Companies, Inc.; Galaxy Builders, Ltd.; Godfrey Construction; Olmos Contracting I, LLC; Reid & Associates; and Resource Commercial, Inc.*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Richard Price presiding.